# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147261(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

                                 SC: 147261
                                 COA: 307028
LEVON LEE BYNUM,               Calhoun CC: 2011-001705-FC
      Defendant-Appellee/
      Cross-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time to file its brief on appeal is GRANTED. The brief will be accepted as timely filed if filed on or before January 17, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2014



Clerk